IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal Action No. 23-83-GBW |
| MICHAEL COLEMAN, | ) ) ) | |
| Defendant. | ) | |

**<u>NOTICE OF ENTRY OF APPEARANCE</u>**

Please enter the appearance of Alexander P. Ibrahim, Assistant United States Attorney for the District of Delaware, as co-counsel for the United States of America in the above-captioned case.

                                  Respectfully submitted,

                                  DAVID C. WEISS
                                United States Attorney

                     BY: */s/ Alexander P. Ibrahim*
                                Alexander P. Ibrahim
                                Assistant United States Attorney

Dated:   November 9, 2023